BWW#: 159781

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE:                                                    Case No. 12-36682-KLP
TAWANNA MITCHELL
     Debtor                                          Chapter 13

_____

WELLS FARGO BANK, NA
     Movant

v.

ARTIS L. MITCHELL
     Co-Debtor/Respondent

and
ROBERT E. HYMAN
     Trustee/Respondent

_____

## ORDER GRANTING RELIEF FROM CO-DEBTOR STAY

     Upon consideration of the motion of Wells Fargo Bank, NA for relief from the co-debtor stay of 11 U.S.C. 1301 (a); it is

     ORDERED that the automatic stay imposed by 11 U.S.C §1301(a) is terminated, pursuant to 11 U.S.C. §§1301(c)(2) & 1301 (d), to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 1759 Rose Mill Circle, Midlothian, VA 23112 and is more particularly described as follows:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, TOGETHER WITH THE BUILDINGS AND IMPROVEMENTS THEREON AND APPURTENANCES THERETO, BELONGING, SITUATE, LYING AND BEING IN THE COUNTY OF CHESTERFIELD, VIRGINIA, AND BEING KNOWN, NUMBERED AND DESIGNATED AS LOT SIXTY (60), AS SHOWN ON THAT CERTAIN PLAT ENTITLED "RESUBDIVISION OF LOTS 1 THRU 9, 16 THRU 29,31 THRU 44,46 THRU 72 AND OPEN SPACE OF THE VILLAS AT WATERMILL- PHASE 1, CLOVER HILL DISTRICT, CHESTERFIELD COUNTY, VIRGINIA", DATED MARCH 18, 2002, REVISED MAY 10, 2002, DRAWN BY TIMMONS, WHICH SAID PLAT IS DULY RECORDED IN THE CLERK'S OFFICE, CIRCUIT COURT, CHESTERFIELD COUNTY, VIRGINIA, IN PLAT BOOK 129, PAGE 84. BEING THE SAME THE REAL ESTATE CONVEYED TO TAWANNA MITCHELL, AND ARTIS L. MITCHELL,

_____

Stephen Relyea, VSB# 77236
8100 Three Chopt Road, Suite 240
Richmond, VA  23229
(804) 282-0463
*Counsel for the Movant*

WIFE AND HUSBAND, BY DEED FROM CENTEX HOMES, A NEVADA GENERAL
PARTNERSHIP, DATED NOVEMBER 21, 2003, AND RECORDED IN THE AFORESAID
CLERK'S OFFICE, IMMEDIATELY PRIOR HERETO.,

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such
action under state law, as may be necessary, to obtain possession of the property.

DONE at Richmond, Virginia, this _____ day of _____, 2013.

_____
Honorable Keith L. Phillips
United States Bankruptcy Judge
Entered on Docket: _____

**I ASK FOR THIS:**

_/s/ Stephen Relyea_
Stephen Relyea, VSB# 77236
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA  23229
(804)282-0463 (phone)
(804)282-0541 (facsimile)
*Counsel for the Movant*

**SEEN:**

_/s/ Robert E. Hyman_
Robert  E. Hyman, Trustee
P.O. Box 1780
Richmond, VA 23218-1780
*Chapter 13 Trustee*

Copy to:

BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA  23229

Hunter R. Wells, Esq.
2201 Libbie Avenue, Suite 200
Richmond, VA  23230

Robert  E. Hyman, Trustee
P.O. Box 1780
Richmond, VA 23218-1780

Copy mailed to:

Tawanna Mitchell
1759 Rose Mill Circle
Midlothian, VA  23112

Tawanna Mitchell
P.O. Box 1471
Midlothian, VA  23113

Artis L. Mitchell
1759 Rose Mill Circle
Midlothian, VA  23112

## **CERTIFICATION**

The undersigned certifies that the foregoing Order Granting Relief from Co-Debtor Stay has been endorsed by or on behalf of all necessary parties and counsel herein, in accordance with Local Rule 9022-1.

_/s/ Stephen Relyea_
Stephen Relyea
Attorney for Movant

AR.TERM